UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEVEN B. WEBB and ERIN WEBB, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-CV-721-TAV-CCS |
| WELLS FARGO BANK, N.A., *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel of Record [Doc. 20], filed by Attorneys Jack M. Tallent II and Briton S. Collins of the law firm of Kennerly, Montgomery & Finley P.C. Counsel represent that they have discovered a conflict of interest in the representation of Defendant Todd (Bo) Bogardus, and they move the Court to permit them to withdraw. Counsel represent that Mr. Bogardus has consented to their withdrawal, and they have attached a Consent to Withdrawal [Doc. 20-1], in which Mr. Bogardus indicates his consent through his signature. Counsel further represent that Mr. Bogardus has indicated that he intends to proceed *pro se*, and Mr. Bogardus's address has been provided to the Court.

Based upon the foregoing, the Court finds that the Motion to Withdraw as Counsel **[Doc. 20]** is well-taken, and it is **GRANTED**. Attorney Tallent and Attorney Collins are **RELIEVED** of their duties as counsel in this matter.

Defendant Todd (Bo) Bogardus is **DEEMED** to be proceeding *pro se* and is hereby **ADMONISHED** that he must stay up to date on the status of this case and comply with the deadlines set by the Court. Further, he, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. The Clerk of Court is **DIRECTED** to enter Mr. Bogardus's address – 1216 Winding Drive, Sevierville, Tennessee 37876 – in the docket and to mail a copy of this Memorandum and Order to Mr. Bogardus.[1]

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] The Court would normally direct the Clerk to mail a copy of the Scheduling Order in this case to Mr. Bogardus, but it appears that service was only recently obtained and a Scheduling Order has not yet been entered.